UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:21-mj-331 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **ORDER TO SEAL THE COMPLAINT** |
| AUSTIN DELANO PAGE, and | ) | |
| BRANDON ALEXANDER TEAGUE | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint, Affidavit, Motion to Seal, Arrest Warrants, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 14th day of December, 2021.

Signed: December 14, 2021

W. Carleton Metcalf
United States Magistrate Judge