UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:21-mj-00331 |
| | ) |
| v. | ) **MOTION TO UNSEAL** |
| | ) |
| AUSTIN DELANO PAGE, and | ) |
| BRANDON ALEXANDER TEAGUE | ) |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Criminal Complaint, Affidavit, and Arrest Warrants in this matter be unsealed immediately. The defendants were arrested in the Eastern District of New York on December 31, 2021 and had initial appearances in that District on January 2, 2022. Thus, there is no longer a need to seal these documents.

Respectfully submitted, on this 3rd day of January, 2022.

DENA J KING
UNITED STATES ATTORNEY

*/s/ Daniel Ryan*
Daniel Ryan
IL Bar 6279737
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, N.C. 28202
Telephone: (704) 344-6222
Email: daniel.ryan@usdoj.gov