UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:21-mj-00331 |
| ) | |
| v. ) | **ORDER TO UNSEAL** |
| ) | |
| AUSTIN DELANO PAGE, and ) | |
| BRANDON ALEXANDER TEAGUE ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint, Affidavit, and Arrest Warrants this matter be unsealed immediately based upon the fact the defendants were arrested in the Eastern District of New York on December 31, 2021 and had initial appearances in that District on January 2, 2022, and thus, there is no longer a need to seal these documents.

**IT IS HEREBY ORDERED** that the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3rd day of January, 2022.

Signed: January 3, 2022

W. Carleton Metcalf
United States Magistrate Judge